McGREGOR W. SCOTT
United States Attorney

KARI D. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6572
Facsimile:  (202) 307-0054
kari.d.larson@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCH BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES SERIES 2006-R1 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2006, WITHOUT RECOURSE,<br><br>                    Plaintiff,<br>       v.<br><br>BRYAN GOODMAN, AMY LYNN GOODMAN, UNITED STATES OF AMERICA, and DOES 1-25,<br>                    Defendants. | Case No. 08-00561-LEW-DAD<br><br>ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF TIME TO THE UNITED STATES TO RESPOND TO COMPLAINT |

   Before the Court is the Joint Stipulation Regarding the Joint Stipulation Regaridng Extension of Time to the United States to Respond to Complaint ("joint stipulation").  Upon consideration of the joint stipulation, the record in this case, and for good cause shown, it is hereby

   ORDERED that the joint stipulation is GRANTED.  It is further

   ORDERED that the United States shall have until May 12, 2008, in which to respond to the complaint.  It is further

   ORDERED that the deadlines in which to conduct the Fed. R. Civ. P. 26(f) conference

1  and file the Joint Status Report, as set forth in the Court's Order dated March 12, 2008, are
2  hereby reset to May 30, 2008 and June 13, 2008, respectively.
3
4       IT IS SO ORDERED.
5
6       DATED this 27th day of March, 2008.
7
8
9                                          /s/ Ronald S. W. Lew
                                           UNITED STATES DISTRICT JUDGE
10

[Proposed] Order

-2-