McGREGOR W. SCOTT
United States Attorney

KARI D. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6572
Facsimile:  (202) 307-0054
kari.d.larson@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCH BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES SERIES 2006-R1 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2006, WITHOUT RECOURSE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN GOODMAN, AMY LYNN GOODMAN, UNITED STATES OF AMERICA, and DOES 1-25,<br>　　　　　　Defendants. | Case No. 08-00561-JAM-DAD<br><br>STIPULATION BETWEEN THE UNITED STATES OF AMERICA AND DEUTSCH BANK NATIONAL TRUST and ORDER |

　　　　The United States of America and Deutsch Bank National Trust Company ("Deutsch Bank") through their respective attorneys, stipulate as follows:

　　　　1.　　Deutsch Bank is the current beneficiary under a Deed of Trust recorded on December 19, 2005, with the County Recorder's Office for Sacramento County, California, as Document No. 20051219, Page 1761.  This Deed of Trust encumbers real property located at 8631 Marye Avenue, Orangevale, California 95662, also known as Assessor's Parcel No. 259-0296-006-0000, which is particularly described as follows ("subject property"):

　　　　　　Lot 20, as shown on the map entitled, "Sierra Madre", recorded May 22,

-1-

1958, in Book 49 of Maps, Page 10.

Brian and Amy Lynn Goodman are the trustors or mortgagors under this Deed of Trust.

    2.    The United States has an interest in the subject property, for unpaid assessments of federal tax, interest and penalties against Brian and Amy Lynn Goodman for the tax years ending 2000, 2001, 2004 and 2006. The United States filed a Notice of Federal Tax Lien on December 15, 2005, in the County Recorder's Office for Sacramento County, California.

    3.    The United States and Deutsch Bank agree that Deutsch Bank's Deed of Trust, as described in paragraph 1 above, is senior to the United States' tax liens, as described in paragraph 2 above, and further agree that should the subject property be sold pursuant to any Court Order or voluntary sale, that the proceeds shall be distributed to satisfy Deutsch Bank's Deed of Trust before any amounts are distributed to the United States in satisfaction of its tax liens.

    4.    The United States and Deutsch Bank further agree that the United States retains its right to redeem the subject property, if it chooses to, in accordance with 26 U.S.C. § 7425(d).

    5.    The United States and Deutsch Bank further agree to bear their own costs and attorney's fees in this matter. Deutsch Bank reserves its right, if any, to seek remuneration for its attorney's fees and costs from the trustors under the Deed of Trust. The United States is dismissed and need not further plead in this action.

Dated this 8th day of May, 2008.                         Dated this 8th day of May, 2008.

MCGREGOR W. SCOTT
United States Attorney

| | |
|---|---|
| /s/ Kari D. Larson<br>KARI D. LARSON<br>Trial Attorney, Tax Division<br>Civil Trial Section, Western Region<br>U.S. Department of Justice<br>Post Office Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6572<br>Facsimile: (202) 307-0054 | /s/ Mary E. Olden<br>MARY E. OLDEN (SBN 109373)<br>McDonough Holland & Allen, PC<br>555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444-3900<br>Facsimile: (916) 444-8334 |
| Attorneys for the United States | Attorney for Deutsch Bank |

**IT IS SO ORDERED.**

DATED this 8th day of May, 2008.

        /s/ John A. Mendez
        HON. JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT